| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC | Order Filed on June 15, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Amy Bobkoski, Robert Bobkoski<br><br>Debtors. | Case No.: 22-13284 MBK<br>Adv. No.:<br>Hearing Date: n/a.<br><br>Judge: Michael B. Kaplan |

## CONSENT ORDER CURING ARREARS THROUGH PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 15, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:      Amy Bobkoski, Robert Bobkoski
Case No.:     22-13284 MBK
Caption:      **CONSENT ORDER CURING ARREARS THROUGH PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, Denise Carlon, Esq. appearing, upon a consent order curing arrears through plan for real property located at 60 Cloverdale Cir, Tinton Falls, NJ, 07724, and this Court having considered the representations of attorneys for Secured Creditor and Jonathan Goldsmith Cohen, Esq., attorney for Debtors, and for good cause having been shown

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor (Claim # 4) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

I hereby agree and consent to the above terms and conditions:        Dated:

**/s/ Denise Carlon, Esq.**                                           6/6/2022

DENISE CARLON, ESQ.

ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:

**Jonathan Goldsmith Cohen, Esq.**                                    6/6/2022

JONATHAN GOLDSMITH COHEN, ESQ.

ATTORNEY FOR DEBTOR