Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−13284−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Bobkoskie
60 Cloverdale Circle
Tinton Falls, NJ 07724

Amy Bobkoskie
60 Cloverdale Circle
Tinton Falls, NJ 07724

Social Security No.:
xxx−xx−5259                          xxx−xx−0137

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 27, 2022.

Dated: June 27, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Bobkoskie  
Amy Bobkoskie  
    Debtors

Case No. 22-13284-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Jun 27, 2022     Form ID: plncf13     Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Bobkoskie, Amy Bobkoskie, 60 Cloverdale Circle, Tinton Falls, NJ 07724-3155 |
| 519585490 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519563235 | + | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 519563234 | + | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519578265 | + | Email/Text: bkfilings@zwickerpc.com | Jun 27 2022 20:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519563205 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2022 20:45:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519563206 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2022 20:45:13 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519563209 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2022 20:41:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519563207 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2022 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519563211 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2022 20:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519563212 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2022 20:42:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519563213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 20:45:10 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519563215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2022 20:45:04 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519574321 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2022 20:45:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519574322 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2022 20:45:18 | Capital One N.A., 4515 N Santa Fe Ave, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 519563221 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 27 2022 20:42:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 519563223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:46 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519563222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:41 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519646230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519563225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:46 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519563224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:46 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519563226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:46 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519563227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2022 20:55:46 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519569111 | | Email/Text: mrdiscen@discover.com | Jun 27 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519563229 | + | Email/Text: mrdiscen@discover.com | Jun 27 2022 20:41:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519563228 | + | Email/Text: mrdiscen@discover.com | Jun 27 2022 20:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519563230 | ^ | MEBN | Jun 27 2022 20:41:25 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 519563231 | ^ | MEBN | Jun 27 2022 20:41:53 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519563217 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:09 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 519563249 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:10 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519563220 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:15 | Chase Card Services, 700 Kansas Lane, Monroe, LA 71203 |
| 519563218 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:09 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519563250 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519563219 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:04 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519581157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2022 20:45:04 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519624811 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519563232 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519563233 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 20:41:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519580255 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 20:45:13 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 519563236 | | Email/Text: Bankruptcy@mjrf.com | Jun 27 2022 20:42:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, PO BOX 9036, Syosset, NY 11791-9036 |
| 519638858 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2022 20:45:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519563238 | | Email/Text: signed.order@pfwattorneys.com | Jun 27 2022 20:42:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519563251 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2022 20:42:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519563239 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2022 20:42:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519563240 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 20:45:13 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519563241 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 20:45:13 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519577442 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2022 20:42:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519563242 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 27 2022 20:41:00 | Rubin and Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519563243 | | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:05 | Syncb/walmart Dc, P.O. Box 965012, Orlando, FL 32896-5012 |
| 519563671 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519563244 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:11 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519563245 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:17 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519563247 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:17 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519563246 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2022 20:45:17 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519563248 | | Email/Text: DASPUBREC@transunion.com | Jun 27 2022 20:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519563210 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519563208 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519563214 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519563216 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519563237 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, PO BOX 9036, Syosset, NY 11791-9036 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor If originated 4/15/2020 or prior please list Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., if originated 4/16/2020 or later please list Rocket Mortgage, LLC f/k/a Quicken Loa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Robert Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Amy Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5