Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13284−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Bobkoskie                           Amy Bobkoskie
60 Cloverdale Circle                       60 Cloverdale Circle
Tinton Falls, NJ 07724                     Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−5259                              xxx−xx−0137

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       9/28/22
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Debtor's Attorney

COMMISSION OR FEES
fee: $5225.00

EXPENSES
expenses: $313.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 30, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert Bobkoskie  
Amy Bobkoskie  
    Debtors

Case No. 22-13284-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Aug 30, 2022     Form ID: 137     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Bobkoskie, Amy Bobkoskie, 60 Cloverdale Circle, Tinton Falls, NJ 07724-3155 |
| 519585490 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519578265 | + | Email/Text: bkfilings@zwickerpc.com | Aug 30 2022 20:43:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519563205 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2022 20:51:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519563206 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2022 20:52:09 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519563209 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 30 2022 20:42:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519563207 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 30 2022 20:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519563211 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 30 2022 20:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519563212 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 30 2022 20:42:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519563213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 20:52:08 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519563215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 20:51:48 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519574321 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2022 20:51:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519574322 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2022 20:51:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519563221 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 30 2022 20:43:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 |

Case 22-13284-MBK    Doc 30    Filed 09/01/22    Entered 09/02/22 00:11:42    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 137 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 519563223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:09 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519563222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519646230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:51:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519563225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:10 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519563224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:00 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519563226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:10 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519563227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:51:51 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519569111 | | Email/Text: mrdiscen@discover.com | Aug 30 2022 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519563229 | + | Email/Text: mrdiscen@discover.com | Aug 30 2022 20:42:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519563228 | + | Email/Text: mrdiscen@discover.com | Aug 30 2022 20:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519563230 | ^ | MEBN | Aug 30 2022 20:41:35 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 519563231 | ^ | MEBN | Aug 30 2022 20:41:58 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519563217 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:52:07 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 519563249 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:52:07 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519563220 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:52:08 | Chase Card Services, 700 Kansas Lane, Monroe, LA 71203 |
| 519563218 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:51:48 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519563250 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:51:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519563219 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:51:48 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519581157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2022 20:52:07 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519624811 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 30 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519563232 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 30 2022 20:42:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519563233 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 30 2022 20:42:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519580255 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2022 20:51:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519563235 | + | Email/Text: Documentfiling@lciinc.com | Aug 30 2022 20:42:00 | Lendclub Bnk, 595 Market St, San Francisco, CA |

Case 22-13284-MBK    Doc 30    Filed 09/01/22    Entered 09/02/22 00:11:42    Desc Imaged
                       Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 137 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 519563234 | + Email/Text: Documentfiling@lciinc.com | Aug 30 2022 20:42:00 | 94105-2802<br>Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519647160 | + Email/Text: Documentfiling@lciinc.com | Aug 30 2022 20:42:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519563236 | Email/Text: Bankruptcy@mjrf.com | Aug 30 2022 20:42:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, PO BOX 9036, Syosset, NY 11791-9036 |
| 519638858 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2022 20:51:50 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519563238 | Email/Text: signed.order@pfwattorneys.com | Aug 30 2022 20:42:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519563251 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2022 20:43:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519563239 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2022 20:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519563240 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2022 20:51:59 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519563241 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2022 20:51:51 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519577442 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2022 20:43:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519563242 | + Email/Text: bankruptcy@rubinrothman.com | Aug 30 2022 20:42:00 | Rubin and Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519563243 | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:59 | Syncb/walmart Dc, P.O. Box 965012, Orlando, FL 32896-5012 |
| 519650092 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519563671 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519563244 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:59 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519563245 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:59 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519563247 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:50 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519563246 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:50 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519563248 | Email/Text: DASPUBREC@transunion.com | Aug 30 2022 20:42:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |

TOTAL: 57

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519563210 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519563208 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519563214 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-13284-MBK    Doc 30    Filed 09/01/22    Entered 09/02/22 00:11:42    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 137 | Total Noticed: 59 |

| 519563216 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519563237 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, PO BOX 9036, Syosset, NY 11791-9036 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

**Name** — **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor If originated 4/15/2020 or prior please list Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., if originated 4/16/2020 or later please list Rocket Mortgage, LLC f/k/a Quicken Loa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan Goldsmith Cohen
on behalf of Debtor Robert Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
on behalf of Joint Debtor Amy Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5