UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtors

Order Filed on October 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT BOBKOSKIE
AMY BOBKOSKIE

Debtors.

Case No.: 22-13284

Chapter: 13

Judge: MBK

AMENDED

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 31, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan Goldsmith Cohen_____, the applicant, is allowed a fee of $ \_\_\_\_\_$5,178.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_360.00\_\_\_\_\_ for a total of $\_\_\_\_\_$5,538.00\_\_\_\_\_ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_1,525.00\_\_\_ per month for \_\_58\_\_ months beginning July 1, 2022 to allow for payment of the above fee.

*rev.8/1/15*