| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>I. Mark Cohen Law Group<br>Jonathan Goldsmith Cohen, Esq.<br>1 Executive Drive, Suite 6<br>Tinton Falls, New Jersey 07701<br>(732) 741-9500/(732) 741-0226 (Fax)<br>jgc@imclawgroup.com<br>Attorney for Debtors | Order Filed on October 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT BOBKOSKIE<br>AMY BOBKOSKIE<br><br>Debtors. | Case No.: 22-13284<br><br>Chapter: 13<br><br>Judge: MBK |

AMENDED

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 31, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan Goldsmith Cohen_____, the applicant, is allowed a fee of $ ___$5,178.00___ for services rendered and expenses in the amount of $___360.00___ for a total of $___$5,538.00___. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $___1,525.00___ per month for __58__ months beginning July 1, 2022 to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-13284-MBK
Robert Bobkoskie                                                                                  Chapter 13
Amy Bobkoskie
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin           Page 1 of 2
Date Rcvd: Oct 31, 2022           Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Bobkoskie, Amy Bobkoskie, 60 Cloverdale Circle, Tinton Falls, NJ 07724-3155 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
         docs@russotrustee.com

Denise E. Carlon
         on behalf of Creditor If originated 4/15/2020 or prior please list Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., if originated 4/16/2020 or later please list Rocket Mortgage, LLC f/k/a Quicken Loa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan Goldsmith Cohen
         on behalf of Debtor Robert Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen
         on behalf of Joint Debtor Amy Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 31, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 5