| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-13284 / MBK

| | |
|---|---|
| Robert Bobkosekie | Petition Filed Date: 04/22/2022 |
| Amy Bobkosekie | 341 Hearing Date: 05/26/2022 |
| | Confirmation Date: 06/22/2022 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/02/2022 | $1,310.00 | 84376680 | 05/31/2022 | $1,310.00 | 84957140 | 07/05/2022 | $1,525.00 | 85597760 |
| 08/02/2022 | $1,525.00 | 86169430 | 08/29/2022 | $1,525.00 | 86743640 | 10/04/2022 | $1,525.00 | 87356400 |
| 10/31/2022 | $1,525.00 | 87979070 | 11/30/2022 | $1,525.00 | 88493930 | 01/04/2023 | $1,525.00 | 89094940 |
| 02/01/2023 | $1,525.00 | 89695900 | 02/27/2023 | $1,525.00 | 90202430 | | | |

**Total Receipts for the Period: $16,345.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,345.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Robert Bobkosekie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith-Cohen, Esq.<br>»» ORDER 9/29/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $17,517.84 | $1,486.42 | $16,031.42 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $23,213.35 | $1,969.80 | $21,243.55 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,315.01 | $790.44 | $8,524.57 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/60 CLOVERDALE CIR/1ST MTG/ORDER 6/15/22 | Mortgage Arrears | $278.98 | $278.98 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $9,701.77 | $823.25 | $8,878.52 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $18,477.28 | $1,567.91 | $16,909.37 |
| 7 | JPMORGAN CHASE BANK N.A.<br>»» LEASE/2020 SUBARU ASCENT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK N.A.<br>»» 2017 SUBARU FORESTER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $14,137.83 | $1,199.68 | $12,938.15 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,391.07 | $118.04 | $1,273.03 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,386.84 | $1,899.67 | $20,487.17 |
| 12 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,109.52 | $603.29 | $6,506.23 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $7,250.52 | $615.25 | $6,635.27 |
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLLC | Unsecured Creditors | $6,740.43 | $571.96 | $6,168.47 |

**Chapter 13 Case No. 22-13284 / MBK**

| 15 | CITIBANK, N.A.<br>»» EXXONMOBIL | Unsecured Creditors | $202.56 | $17.19 | $185.37 |
|----|----|----|----|----|----|
| 16 | LENDINGCLUB BANK, NA | Unsecured Creditors | $12,330.55 | $1,046.27 | $11,284.28 |
| 17 | SYNCHRONY BANK<br>»» TJX | Unsecured Creditors | $7,995.46 | $678.47 | $7,316.99 |
| 18 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2021 | Priority Crediors<br>Hold Funds: Late Filed Claim | $1,850.85 | $0.00 | $1,850.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,345.00 | Plan Balance: | $74,725.00 ** |
| Paid to Claims: | $13,666.62 | Current Monthly Payment: | $1,525.00 |
| Paid to Trustee: | $1,263.18 | Arrearages: | $0.00 |
| Funds on Hand: | $1,415.20 | Total Plan Base: | $91,070.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**