B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  ROBERT BOBKOSKIE and AMY BOBKOSKIE  ,                     Case No.  3-22-BK-13284

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

LVNV Funding LLC                                       SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): _____17_____
should be sent: LVNV Funding LLC                       Amount of Claim: _____7,995.46_____
                PO Box 10587                          Date Claim Filed: _____6/30/2022_____
                Greenville SC 29603

Phone:  (877) 264-5884                                 Phone: _____
Last Four Digits of Acct #: _____8407_____           Last Four Digits of Acct. #: _____8407_____

Name and Address where transferee payments
should be sent (if different from above):
                Resurgent Capital Services
                PO Box 10587
                Greenville, SC  29603
Phone:  (877) 264-5884
Last Four Digits of Acct #: _____8407_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway                                 Date: 5/11/2023
       Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.