Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-13284 / MBK**

Robert Bobkosekie

Amy Bobkosekie

Petition Filed Date: 04/22/2022

341 Hearing Date: 05/26/2022

Confirmation Date: 06/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,525.00 | 89094940 | 02/01/2023 | $1,525.00 | 89695900 | 02/27/2023 | $1,525.00 | 90202430 |
| 03/31/2023 | $1,525.00 | 90819900 | 05/01/2023 | $1,525.00 | 91336980 | 05/30/2023 | $1,525.00 | 91921810 |
| 07/03/2023 | $1,525.00 | 92471280 | 07/31/2023 | $1,525.00 | 92981080 | 09/01/2023 | $1,525.00 | 93557040 |
| 10/03/2023 | $1,525.00 | 94050240 | 10/30/2023 | $1,525.00 | 94523980 | 11/27/2023 | $1,525.00 | 95006300 |
| 12/29/2023 | $1,525.00 | 95529020 | | | | | | |

**Total Receipts for the Period: $19,825.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $31,595.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Robert Bobkosekie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith-Cohen, Esq. <br> »» ORDER 9/29/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $17,517.84 | $2,846.71 | $14,671.13 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $23,213.35 | $3,772.33 | $19,441.02 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,315.01 | $1,513.72 | $7,801.29 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC <br> »» P/60 CLOVERDALE CIR/1ST MTG/ORDER 6/15/22 | Mortgage Arrears | $278.98 | $278.98 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $9,701.77 | $1,576.57 | $8,125.20 |
| 6 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $18,477.28 | $3,002.62 | $15,474.66 |
| 7 | JPMORGAN CHASE BANK N.A. <br> »» LEASE/2020 SUBARU ASCENT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK N.A. <br> »» 2017 SUBARU FORESTER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $14,137.83 | $2,297.44 | $11,840.39 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,391.07 | $226.06 | $1,165.01 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,386.84 | $3,638.03 | $18,748.81 |
| 12 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,109.52 | $1,155.36 | $5,954.16 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES <br> »» BARCLAYS | Unsecured Creditors | $7,250.52 | $1,178.27 | $6,072.25 |
| 14 | LVNV FUNDING LLC <br> »» RESURGENT ACQUISITIONS LLLC | Unsecured Creditors | $6,740.43 | $1,095.34 | $5,645.09 |

**Chapter 13 Case No. 22-13284 / MBK**

| 15 | CITIBANK, N.A.<br>»» EXXONMOBIL | Unsecured Creditors | $202.56 | $32.93 | $169.63 |
|---|---|---|---|---|---|
| 16 | LENDINGCLUB BANK, NA | Unsecured Creditors | $12,330.55 | $2,003.75 | $10,326.80 |
| 17 | LVNV FUNDING LLC<br>»» TJX/SYNCHRONY | Unsecured Creditors | $7,995.46 | $1,299.32 | $6,696.14 |
| 18 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2021 | Priority Creditors<br>Hold Funds: Late Filed Claim | $1,850.85 | $0.00 | $1,850.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,595.00 | Plan Balance: | $59,475.00 ** |
| Paid to Claims: | $25,917.43 | Current Monthly Payment: | $1,525.00 |
| Paid to Trustee: | $2,428.30 | Arrearages: | $0.00 |
| Funds on Hand: | $3,249.27 | Total Plan Base: | $91,070.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**