Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-13284 / MEH**

Robert Bobkosekie
Amy Bobkosekie

Petition Filed Date: 04/22/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 06/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2024 | $1,525.00 | 96053850 | 03/01/2024 | $1,525.00 | 96558150 | 04/12/2024 | $1,525.00 | 97039200 |
| 04/29/2024 | $1,525.00 | 97541870 | 06/03/2024 | $1,525.00 | 98063430 | 06/28/2024 | $1,525.00 | 98519130 |
| 07/29/2024 | $1,525.00 | 99029470 | 08/30/2024 | $1,525.00 | 99501250 | 09/30/2024 | $1,525.00 | 99967140 |
| 11/01/2024 | $1,525.00 | 10049245 | 12/02/2024 | $1,525.00 | 10092840 | 12/30/2024 | $1,525.00 | 10136405 |

**Total Receipts for the Period: $18,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $49,895.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Robert Bobkosekie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq. »» ORDER 9/29/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $17,517.84 | $4,754.39 | $12,763.45 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $23,213.35 | $6,300.15 | $16,913.20 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,315.01 | $2,528.12 | $6,786.89 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/60 CLOVERDALE CIR/1ST MTG/ORDER 6/15/22 | Mortgage Arrears | $278.98 | $278.98 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $9,701.77 | $2,633.09 | $7,068.68 |
| 6 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $18,477.28 | $5,014.76 | $13,462.52 |
| 7 | JPMORGAN CHASE BANK N.A. »» LEASE/2020 SUBARU ASCENT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK N.A. »» 2017 SUBARU FORESTER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $14,137.83 | $3,837.04 | $10,300.79 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,391.07 | $365.23 | $1,025.84 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,386.84 | $6,075.83 | $16,311.01 |
| 12 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,109.52 | $1,929.55 | $5,179.97 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» BARCLAYS | Unsecured Creditors | $7,250.52 | $1,967.81 | $5,282.71 |
| 14 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLLC | Unsecured Creditors | $6,740.43 | $1,829.36 | $4,911.07 |

**Chapter 13 Case No. 22-13284 / MEH**

| 15 | CITIBANK, N.A.<br>»» EXXONMOBIL | Unsecured Creditors | $202.56 | $49.52 | $153.04 |
|---|---|---|---|---|---|
| 16 | LENDINGCLUB BANK, NA | Unsecured Creditors | $12,330.55 | $3,346.53 | $8,984.02 |
| 17 | LVNV FUNDING LLC<br>»» TJX/SYNCHRONY | Unsecured Creditors | $7,995.46 | $2,169.98 | $5,825.48 |
| 18 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2021 | Priority Creditors<br>Hold Funds: Late Filed Claim | $1,850.85 | $0.00 | $1,850.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,895.00 | Plan Balance: | $41,175.00 ** |
| Paid to Claims: | $43,080.34 | Current Monthly Payment: | $1,525.00 |
| Paid to Trustee: | $3,550.66 | Arrearages: | $0.00 |
| Funds on Hand: | $3,264.00 | Total Plan Base: | $91,070.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**