Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-13284 / MEH**

Robert Bobkoskie
Amy Bobkoskie

Petition Filed Date: 04/22/2022
341 Hearing Date: 05/26/2022
Confirmation Date: 06/22/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2025 | $1,525.00 | 10181738 | 03/03/2025 | $1,525.00 | I1MSGM5X2Y- | 03/31/2025 | $1,525.00 | I1VFGR4C45-F |
| 04/28/2025 | $1,525.00 | I13RG04ZP3-F | 06/02/2025 | $1,525.00 | I1XGL93D4J-P | 07/01/2025 | $1,525.00 | I192LGXSB2-F |
| 08/04/2025 | $1,525.00 | I1DYLJCWX6-I | 09/02/2025 | $1,525.00 | I1P6F1PR97-P | 09/30/2025 | $1,525.00 | I1NYF7R7PK-F |
| 11/03/2025 | $1,525.00 | I12GSV9802-P | 12/01/2025 | $1,525.00 | I118SR9P4F-P | 12/30/2025 | $1,525.00 | I18NS0669K-P |
| 02/02/2026 | $1,525.00 | I85GCKZ6VL-F | | | | | | |

**Total Receipts for the Period: $19,825.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $69,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Bobkoskie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jonathan Goldsmith Cohen, Esq.<br>»» ORDER 9/29/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $17,517.84 | $6,774.11 | $10,743.73 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $23,213.35 | $8,976.56 | $14,236.79 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,315.01 | $3,602.10 | $5,712.91 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/60 CLOVERDALE CIR/1ST MTG/ORDER 6/15/22 | Mortgage Arrears | $278.98 | $278.98 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $9,701.77 | $3,751.66 | $5,950.11 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $18,477.28 | $7,145.13 | $11,332.15 |
| 7 | JPMORGAN CHASE BANK N.A.<br>»» LEASE/2020 SUBARU ASCENT | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK N.A.<br>»» 2017 SUBARU FORESTER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | BANK OF AMERICA | Unsecured Creditors | $14,137.83 | $5,467.07 | $8,670.76 |
| 10 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,391.07 | $525.47 | $865.60 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,386.84 | $8,656.95 | $13,729.89 |
| 12 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $7,109.52 | $2,749.24 | $4,360.28 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $7,250.52 | $2,803.76 | $4,446.76 |

**Chapter 13 Case No. 22-13284 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLLC | Unsecured Creditors | $6,740.43 | $2,606.51 | $4,133.92 |
| 15 | CITIBANK, N.A.<br>»» EXXONMOBIL | Unsecured Creditors | $202.56 | $67.51 | $135.05 |
| 16 | LENDINGCLUB BANK, NA | Unsecured Creditors | $12,330.55 | $4,768.20 | $7,562.35 |
| 17 | LVNV FUNDING LLC<br>»» TJX/SYNCHRONY | Unsecured Creditors | $7,995.46 | $3,091.83 | $4,903.63 |
| 18 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2021 | Priority Crediors<br>Hold Funds: Late Filed Claim | $1,850.85 | $0.00 | $1,850.85 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,720.00 | Plan Balance: | $21,350.00 ** |
| Paid to Claims: | $61,265.08 | Current Monthly Payment: | $1,525.00 |
| Paid to Trustee: | $5,168.64 | Arrearages: | $0.00 |
| Funds on Hand: | $3,286.28 | Total Plan Base: | $91,070.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**