

**I. Mark Cohen Law Group**
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtors

**Order Filed on July 1, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------X
                                                      :
In Re:                                                :      Case No. 22-13284/EJO
                                                      :
ROBERT BOBKOSKIE and                                  :
AMY BOBKOSKIE,                                        :      Chapter 13
                                                      :
                          Debtors.                    :      Hearing Date: 7/1/26; 9:00 am
                                                      :
-------------------------------------------------------X


## ORDER TO ALLOW PROOF OF CLAIM FILED BY
## CREDITOR, NJ DIVISION OF TAXATION

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED**.


**DATED: July 1, 2026**

_____
   Honorable Eamonn J. O'Hagan
   United States Bankruptcy Judge

Page 2
Debtors:  Robert Bobkoskie and Amy Bobkoskie
Case No.: 22-13284 (EJO)
Caption:  Order to Allow Proof of Claim Filed by Creditor, NJ Division of Taxation

THIS MATTER having been opened to the Court by the motion filed on behalf of Jonathan Goldsmith Cohen, Esquire, for the captioned Debtors, Robert Bobkoskie and Amy Bobkoskie, for entry of an order to allow the late filed claim of NJ Division of Taxation, Claim No. 18 on the Claims Register in this matter, and the Court having considered the application and all of the papers submitted in connection therewith, and good cause appearing, it is hereby,

**ORDERED** that the claim of NJ Division of Taxation, in the amount of $1,850.85, Claim No. 18 on the Claims Register in this matter, be and hereby is allowed and is to be paid by the Debtors.