**I. Mark Cohen Law Group**
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtors



**Order Filed on July 1, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------X
                                                      :
In Re:                                                :    Case No. 22-13284/EJO
                                                      :
ROBERT BOBKOSKIE and                                  :
AMY BOBKOSKIE,                                        :    Chapter 13
                                                      :
                        Debtors.                      :    Hearing Date: 7/1/26; 9:00 am
                                                      :
------------------------------------------------------X

## ORDER TO ALLOW PROOF OF CLAIM FILED BY
## CREDITOR, NJ DIVISION OF TAXATION

   The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED**.

**DATED: July 1, 2026**

_____
   Honorable Eamonn J. O'Hagan
   United States Bankruptcy Judge

Page 2
Debtors:  Robert Bobkoskie and Amy Bobkoskie
Case No.: 22-13284 (EJO)
Caption:  Order to Allow Proof of Claim Filed by Creditor, NJ Division of Taxation


THIS MATTER having been opened to the Court by the motion filed on behalf of Jonathan Goldsmith Cohen, Esquire, for the captioned Debtors, Robert Bobkoskie and Amy Bobkoskie, for entry of an order to allow the late filed claim of NJ Division of Taxation, Claim No. 18 on the Claims Register in this matter, and the Court having considered the application and all of the papers submitted in connection therewith, and good cause appearing, it is hereby,

**ORDERED** that the claim of NJ Division of Taxation, in the amount of $1,850.85, Claim No. 18 on the Claims Register in this matter, be and hereby is allowed and is to be paid by the Debtors.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-13284-EJO

Robert Bobkoskie                                                                          Chapter 13

Amy Bobkoskie

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Robert Bobkoskie, Amy Bobkoskie, 60 Cloverdale Circle, Tinton Falls, NJ 07724-3155

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Robert Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Amy Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor If originated 4/15/2020 or prior please list Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., if originated 4/16/2020 or later please list Rocket Mortgage, LLC f/k/a Quicken Loa bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0312-3                         User: admin                                    Page 2 of 2
Date Rcvd: Jul 01, 2026                      Form ID: pdf903                                Total Noticed: 1

Matthew K. Fissel

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7