UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>ROBERT BOBKOSKIE | CASE NO: 22-13284<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 50 |

On 9/3/2026, I did cause a copy of the following documents, described below,

Chapter 13 Debtor's Attorney Fee Application Cover Sheet, Exhibit A and proposed Order ECF Docket Reference No. 50

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/3/2026

/s/ Jonathan Goldsmith Cohen, Esquire
Jonathan Goldsmith Cohen, Esquire
Attorney for Debtor
I Mark Cohen Law Group
1 Executive Drive, Suite 6
Tinton Falls, NJ 07701
732-741-9500
tricia@imclawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

ROBERT BOBKOSKIE

CASE NO: 22-13284

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 50

On 9/3/2026, a copy of the following documents, described below,

Chapter 13 Debtor's Attorney Fee Application Cover Sheet, Exhibit A and proposed Order ECF Docket Reference No. 50

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/3/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan Goldsmith Cohen, Esquire
I Mark Cohen Law Group
1 Executive Drive, Suite 6
Tinton Falls, NJ 07701

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-13284
DISTRICT OF NEW JERSEY
THU SEP 3 9-22-16 PST 2026

~~EXCLUDE~~

~~(U)IF ORIGINATED 4152020 OR PRIOR PLEASE LIST~~

~~EXCLUDE~~

~~(U)ROCKET MORTGAGE LLC FKA QUICKEN LOANS LL~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~402 EAST STATE STREET~~
~~TRENTON NJ 08608-1507~~

AMERICAN EXPRESS NATIONAL BANK AENB
CO ZWICKER AND ASSOCIATES PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER MA 01810-0943

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

AMEX
PO BOX 981537
EL PASO TX 79998-1537

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899-8803

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

~~EXCLUDE~~

~~(D)CAPITAL ONE~~
~~ATTN BANKRUPTCY~~
~~PO BOX 30285~~
~~SALT LAKE CITY UT 84130-0285~~

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE BANK (USA) NA
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE NA
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CHASE AUTO FINANCE
700 KANSAS LANE
MONROE LA 71203-4774

CHASE AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 901076
FORT WORTH TX 76101-2076

CHASE CARD SERVICES
700 KANSAS LANE
MONROE LA 71203-4774

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO 15298
WILMINGTON DE 19850-5298

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CHEXSYSTEMS INC
ATTN CUSTOMER RELATIONS
7805 HUDSON ROAD SUITE 100
WOODBURY MN 55125-1595

CITIBANK
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK
PO BOX 6217
SIOUX FALLS SD 57117-6217

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITIBANKEXXON MOBILE
ATTN BNAKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKEXXON MOBILE
PO BOX 6497
SIOUX FALLS SD 57117-6497

COSTCO ANYWHERE VISA CARD
ATTN BANKRUPTCY
PO BOX 6500
SIOUX FALLS SD 57117-6500

COSTCO ANYWHERE VISA CARD
PO BOX 6190
SIOUX FALLS SD 57117-6190

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY UT 84130-0939

(P)EQUIFAX INC
1550 PEACHTREE STREET NE
ATLANTA GA 30309

EXPERIAN
PROFILE MAINTENANCE
PO BOX 9558
ALLEN TX 75013-9558

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX AZ 85038-9505

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

KOHLSCAPITAL ONE
PO BOX 3115
MILWAUKEE WI 53201-3115

LVNV FUNDING LLC
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING LLC
PO BOX 10587
GREENVILLE SC 29603
LVNV FUNDING LLC
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LENDCLUB BNK
595 MARKET ST
SAN FRANCISCO CA 94105-2802

LENDCLUB BNK
ATTN BANKRUPTCY
595 MARKET STREET SUITE 200
SAN FRANCISCO CA 94105-2802

LENDINGCLUB BANK NA
PO BOX 884268
LOS ANGELES CA 90088-4268

(P)MULLOOLY JEFFREY ROONEY FLYNN LLP
6851 JERICHO TURNPIKE SUITE 220
SYOSSET NY 11791-4449

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~

~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

(P)PRESSLER FELT WARSHAW LLP
7 ENTIN RD
PARSIPPANY NJ 07054-0245

QUICKEN LOANS
1050 WOODWARD AVE
DETROIT MI 48226-3573

QUICKEN LOANS
ATTN BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT MI 48226-3573

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

RESURGENT CAPITAL SERVICES
CO RESURGENT CAPITAL SERVICES
GREENVILLE SC 29602

ROCKET MORTGAGE LLC FKA QUICKEN LOANS AT
635 WOODWARD AVENUE
DETROIT MI 48226-3408

RUBIN AND ROTHMAN LLC
1787 VETERANS HIGHWAY
ISLANDIA NY 11749-1500

(P)STATE OF NEW JERSEY DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

SYNCBWALMART DC
PO BOX 965012
ORLANDO FL 32896-5012

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKLOWES
PO BOX 956005
ORLANDO FL 32896-0001

SYNCHRONY BANKTJX
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANKTJX
PO BOX 965015
ORLANDO FL 32896-5015

(P)TRANSUNION
555 W ADAMS
CHICAGO IL 60661-3631

~~EXCLUDE~~

~~US TRUSTEE~~
~~US DEPT OF JUSTICE~~
~~OFFICE OF THE US TRUSTEE~~
~~ONE NEWARK CENTER STE 2100~~
~~NEWARK NJ 07102-5235~~

~~EXCLUDE~~

~~ALBERT RUSSO~~
~~STANDING CHAPTER 13 TRUSTEE~~
~~CN 4853~~
~~TRENTON NJ 08650-4853~~

AMY BOBKOSKIE
60 CLOVERDALE CIRCLE
TINTON FALLS NJ 07724-3155

~~EXCLUDE~~

~~JONATHAN GOLDSMITH COHEN~~
~~I MARK COHEN LAW GROUP~~
~~1 EXECUTIVE DRIVE SUITE 6~~
~~TINTON FALLS NJ 07701-4938~~

~~EXCLUDE~~

~~(D)JONATHAN GOLDSMITH COHEN~~
~~I MARK COHEN LAW GROUP~~
~~1 EXECUTIVE DR STE 6~~
~~TINTON FALLS NJ 07701-4938~~

DEBTOR

ROBERT BOBKOSKIE
60 CLOVERDALE CIRCLE
TINTON FALLS NJ 07724-3155