Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13284−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Bobkoskie<br>60 Cloverdale Circle<br>Tinton Falls, NJ 07724 | Amy Bobkoskie<br>60 Cloverdale Circle<br>Tinton Falls, NJ 07724 |

Social Security No.:

| | |
|---|---|
| xxx−xx−5259 | xxx−xx−0137 |

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Eamonn James O'Hagan on:

Date: 10/14/26
Time: 02:00 PM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,591.75

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

- [ ] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [x] will reduce the amount to be paid to general unsecured creditors under the plan as follows: Payment to GUCS reduced by $2,641.75

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 3, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-13284-EJO
Robert Bobkoskie Chapter 13
Amy Bobkoskie
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: Sep 03, 2026 Form ID: 137 Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Bobkoskie, Amy Bobkoskie, 60 Cloverdale Circle, Tinton Falls, NJ 07724-3155 |
| aty | + | Jonathan Goldsmith Cohen, I Mark Cohen Law Group, 1 Executive Dr Ste 6, Tinton Falls, NJ 07701-4938 |
| 519563221 | + | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519578265 | + | Email/Text: bkfilings@zwickerpc.com | Sep 03 2026 21:48:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519563205 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 21:56:08 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519563206 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 21:56:19 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519563209 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 03 2026 21:46:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519563207 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 03 2026 21:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519585490 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 03 2026 21:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519563211 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 03 2026 21:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519563212 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 03 2026 21:47:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519563213 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 21:55:53 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519563215 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 21:55:58 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519574321 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 21:55:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 519574322 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 21:56:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519563249 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:56:07 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 519563217 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:55:53 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519563219 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:56:06 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519563220 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:56:07 | Chase Card Services, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519563218 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:56:16 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519563250 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:56:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519563223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519563222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:12 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519646230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519563225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:01 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519563224 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:22 | Citibank/Exxon Mobile, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519563226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:22 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519563227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 03 2026 21:56:22 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 519569111 | | Email/Text: mrdiscen@discover.com | Sep 03 2026 21:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519563229 | + | Email/Text: mrdiscen@discover.com | Sep 03 2026 21:46:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519563228 | + | Email/Text: mrdiscen@discover.com | Sep 03 2026 21:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519563230 | | Email/Text: bankruptcycourts@equifax.com | Sep 03 2026 21:47:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 519563231 | ^ | MEBN | Sep 03 2026 21:44:11 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 519624811 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 03 2026 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519581157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 03 2026 21:56:22 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519563232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 21:55:53 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519563233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 21:56:20 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519928508 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:56:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928509 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:58 | LVNV Funding LLC, PO Box 10587, Greenville, |

| | | | | |
|---|---|---|---|---|
| | | | | SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519580255 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519563235 | + | Email/Text: Documentfiling@lciinc.com | Sep 03 2026 21:46:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 519563234 | + | Email/Text: Documentfiling@lciinc.com | Sep 03 2026 21:46:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519647160 | + | Email/Text: Documentfiling@lciinc.com | Sep 03 2026 21:46:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519563236 | | Email/Text: Bankruptcy@mjrf.com | Sep 03 2026 21:46:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, PO BOX 9036, Syosset, NY 11791-9036 |
| 519638858 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:56:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519711921 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:55:56 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519563238 | | Email/Text: signed.order@pfwattorneys.com | Sep 03 2026 21:46:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519563251 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 03 2026 21:48:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519563239 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 03 2026 21:48:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519563240 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:56:12 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519563241 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:58 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 519577442 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 03 2026 21:48:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519563242 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 03 2026 21:46:00 | Rubin and Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 519857900 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 03 2026 21:46:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519563243 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:55:59 | Syncb/walmart Dc, P.O. Box 965012, Orlando, FL 32896-5012 |
| 519650092 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:56:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519563671 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2026 21:56:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519563244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:55:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519563245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:55:52 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519563247 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:56:07 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 519563246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 03 2026 21:55:52 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519563248 | | Email/Text: DASPUBREC@transunion.com | Sep 03 2026 21:46:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL |

60661

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519563210 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519563208 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519563214 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519563216 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519563237 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Turnpike Ste 220, PO BOX 9036, Syosset, NY 11791-9036 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Amy Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Robert Bobkoskie imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Attorney Jonathan Goldsmith Cohen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor If originated 4/15/2020 or prior please list Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., if originated 4/16/2020 or later please list Rocket Mortgage, LLC f/k/a Quicken Loa bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7